**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**


DONITA ZAHN                                                                                   PLAINTIFF

v.                                              Civil No. 4:17-cv-04071

COMMISSIONER, SOCIAL                                                               DEFENDANT
SECURITY ADMINISTRATION

## <u>ORDER</u>

Plaintiff has submitted a Complaint for filing in this District, together with a request for leave

to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs

for commencement of suit, and accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion For Leave to Proceed *in forma pauperis*

is **GRANTED**. Additionally, the Court hereby directs that a copy of the Complaint filed herein,

along with a copy of this Order, be served by the Plaintiff by certified Mail, return receipt requested,

on the Defendant NANCY BERRYHILL, Commissioner, Social Security Administration, the U.S.

Attorney General, and the Assistant U.S. Attorney, without prepayment of fees and costs or security

therefore. The Defendant is Ordered to answer within sixty (60) days from the date of service.

**IT IS SO ORDERED** this 28th day of August 2017.


                                                            /s/   Barry A. Bryant
                                                            HON. BARRY A. BRYANT
                                                            U.S. MAGISTRATE JUDGE